08CR 683    TC

inute Order Form (06/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE JOAN H. LEFKOW MAGISTRATE JUDGE BROWN | Sitting Judge if Other than Assigned Judge | Magistrate Judge Nolan |
|---|---|---|---|
| CASE NUMBER | 07 GJ 1035 | DATE | AUGUST 28, 2008 |
| CASE TITLE | US v. CECILIA WALKER, TIMOTHY RAYFORD, LATISH COLEMAN, MICHAEL MILLER and TONISHA BERRY | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

The Grand Jury for the ___SPECIAL JUNE 2007___ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Nan R. Nolan_

**DOCKET ENTRY:**

TO SET PRELIMINARY BAIL AT 4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO CECILIA WALKER, TIMOTHY RAYFORD, LATISH COLEMAN AND TONISHA BERRY. NO BOND SET, DEFENDANT IS CURRENTLY IN THE CUSTODY OF IDOC. ARRANGEMENTS WILL BE MADE AT A LATER DATE TO WRIT DEFENDANT INTO FEDERAL CUSTODY AS TO MICHAEL MILLER.

FILED

AUG 2 8 2008 TC
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                          UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| No notices required, advised in open court. | | | notices | |
| No notices required. | | | Date docketed | |
| Notices mailed by judge's staff. | | | Docketing | |
| Notified counsel by telephone | | | dpty. initials | |
| Docketing to mail notices | | | Date mailed | |
| Mail AO 450 form. | | | notice | |
| Copy to judge/magistrate judge. | | | Mailing | |
| | | | dpty. initials | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |